**O. P. HERRICK, Appellant, v. Fred L. DICKEY, Receiver, etc.**

Circuit Court of Appeals, Eighth Circuit.
May 23, 1929.

No. 8474.

C. E. Hunn and H. S. Hunn, both of Des Moines, Iowa, for appellant.

Maurice H. Winger and Frank P. Barker, both of Kansas City, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, in accordance with stipulation of settlement.